UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE DUNBAR, <br><br> Plaintiff, <br><br> v. <br><br> A. DAHLBERG, et al., <br><br> Defendants. | Case No. 23-cv-00905-AMO (PR) <br><br> **ORDER REFERRING ACTION FOR GLOBAL SETTLEMENT PROCEEDINGS; AND DIRECTIONS TO CLERK** |

Plaintiff, a state prisoner who is currently incarcerated at Pelican Bay State Prison ("PBSP"), has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging a claim for the use of excessive force in violation of the Eighth Amendment against the named PBSP correctional officers.

The Court finds that this action should be referred to Magistrate Judge Robert M. Illman for settlement proceedings.[1]

Accordingly, the Court hereby REFERS this case to Magistrate Judge Illman for settlement proceedings pursuant to the Pro Se Prisoner Mediation Program. Such proceedings shall take place within 120 days of the date this Order is filed, or as soon thereafter as Magistrate Judge Illman's calendar will permit. Magistrate Judge Illman shall coordinate a place, time and date for one or more settlement conferences with all interested parties and/or their representatives and, within ten (10) days after the conclusion of all settlement proceedings, shall file with the Court a report thereon.

---

[1] In plaintiff's other pending action, *Dunbar v. Darrett*, Case No. 23-cv-00906-YGR (PR), the Court stated that upon its "review of the excessive force claims in both actions, it now finds that it would be in the best interests of all parties and of the Court for the parties to make a concerted effort to see if there could be a resolution of all the cases together through a global settlement process." Dkt. 12 at 4 fn. 1 in Case No. 23-cv-00906-YGR (PR).

The Clerk of the Court is directed to serve Magistrate Judge Illman with a copy of this Order, and with a copy of the Court's April 26, 2023 Order of Service, and to notify Magistrate Judge Illman that a copy of the court file can be retrieved from the Court's electronic filing database.

In view of the referral, further proceedings in this case are hereby STAYED. The Clerk shall ADMINISTRATIVELY CLOSE this case until further order of the Court. If the case is not settled, the Court will enter a new scheduling order for further proceedings.

**IT IS SO ORDERED.**

Dated: August 7, 2023

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

2