UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE DUNBAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. DAHLBERG, et al.,<br><br>　　　　Defendants. | Case Nos. 23-cv-00905-AMO (PR)<br><br>**ORDER DENYING REQUEST TO STAY MERITS-BASED DISCOVERY; AND DIRECTING DEFENDANTS TO FILE ONE MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 32 |
| EDDIE DUNBAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. DARRETT, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-00906-AMO (PR)<br><br>**ORDER DENYING REQUEST TO STAY MERITS-BASED DISCOVERY; AND DIRECTING DEFENDANTS TO FILE ONE MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 29 |

　　Before the Court in the above-captioned actions are Defendants' administrative motions to stay merits-based discovery pending resolution of a summary-judgment motion based on *Heck v. Humphrey*, 512 U.S. 477 (1994), and if the Court denies the motion, for an extension of time to file a second, merits-based summary-judgment motion sixty-days from the date the Court issues its order denying the *Heck* motion.

　　Prior to the instant motions, Defendants requested in each action "that the Court modify its scheduling order and set a new briefing schedule that accommodates Defendants' need to investigate facts and prepare a summary-judgment or other dispositive motion." Dkt. 30 at 2 in Case No. 23-cv-00905-AMO (PR); Dkt. 27 at 2 in Case No. 23-cv-00906-AMO (PR). The Court

1 granted Defendants' requests to set a new briefing schedule in both actions, and the motions for
2 summary judgment are due on June 25, 2024.  *See* Dkt. 31 in Case No. 23-cv-00905-AMO (PR);
3 Dkt. 28 in Case No. 23-cv-00906-AMO (PR).

4       Defendants' administrative motions to stay merits-based discovery and file more than one
5 motion for summary judgment are **DENIED**.  *See* Standing Order for Civil Cases, Section E.1.
6 Moreover, the Court has already granted Defendants a previous extension of time to file their
7 motions for summary judgment.

8       Accordingly, Defendants shall file **one** motion for summary judgment in each case no later
9 than **June 25, 2024**.  The plaintiff's opposition must be submitted in each case no later than
10 **twenty-eight (28) days** after the date on which Defendants' motion is filed.  Defendants shall file
11 a reply brief in each case no later than **fourteen (14) days** after the plaintiff's opposition is filed.

12       This Order terminates Docket No. 32 in Case No. 23-cv-00905-AMO (PR) and Docket No.
13 29 in Case No. 23-cv-00906-AMO (PR).

14       **IT IS SO ORDERED.**

15 Dated: May 21, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

2